UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 23, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WAYNE ARTHUR YORK, II,

Defendant.

Case No. 2:16-cr-00092-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  WAYNE ARTHUR YORK, II ,
Case No.  2:16-cr-00092-JAM  from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 1,000,000 (secured by property owned by defendant's mother, and Lee Davidson.

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions.

Issued at Sacramento, California on August 23, 2016 at  3:20 pm .

By: _____
Magistrate Judge Edmund F. Brennan