CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant WAYNE YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-CR-00092-JAM |
|---|---|
| Plaintiff, | **ORDER ALLOWING PARTIAL RECONVEYANCE** |
| vs. | |
| WAYNE YORK, | |
| Defendant. | |

Wayne York is presently free on a $1,000,000.00 bond. The primary securities for that bond are several properties in Colorado owned by Lee Davidson. Mr. York's mother has also posted her home. Mr. Davidson would like to temporarily remove two of his properties at 3690 Madison in Boulder, Colorado and 906 Harrison Drive in Lafayette, Colorado so they can be refinanced. As a result of rising real estate values, that will still leave more than $1,000,000.00 in equity securing York's presence, while the refinancing is going on. Because York's appearance will still be secured by a $1,000,000.00 bond and the government has no opposition to this request,

**IT IS HEREBY ORDERED THAT** the Clerk shall execute the attached reconveyances so that the two properties may be refinanced. Mr. York's counsel shall arrange for the reposting of the properties within three weeks of the close of the refinancing.

Dated: March 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR CLERK TO SIGN RECONVEYANCES 16-CR-00092-JAM