CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama St., No. 3
San Francisco, CA 94103
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant WAYNE YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 16-0092 JAM |
| Plaintiff, | ) **STIPULATION AND (PROPOSED)** |
| v. | ) **ORDER ALLOWING TRAVEL TO** |
| WAYNE YORK, II, | ) **DENVER** |
| Defendant. | ) |

After consultation with pretrial, it is hereby stipulated and agreed between Plaintiff, United States of America, and defendant Wayne York that Wayne York may travel to Denver April 7th through April 9th, 2017. Mr. York shall email his pretrial officer the day he leaves Albuquerque and again upon his return

Dated: March 23, 2017                     Respectfully submitted,

/s/ Christopher Cannon
CHRISTOPHER J. CANNON
Counsel for Wayne York, II

STIPULATION AND (PROPOSED) ORDER
ALLOWING TRAVEL TO DENVER                                                  1
CR 16-0092-JAM

1 Dated: March 23, 2017    PHILIP A. TALBERT

United States Attorney

/s/ C. Cannon for Matthew G. Morris
MATTHEW G. MORRIS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: March 24, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE