1 | CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
2 | 737 Tehama Street, No. 3
San Francisco, CA 94103
3 | Telephone: 415-362-6252
Facsimile: 415-362-6431
4 | chris@sugarmanandcannon.com

5 | Attorney for Defendant  WAYNE YORK

6 |                    UNITED STATES DISTRICT COURT

7 |                    EASTERN DISTRICT OF CALIFORNIA

8 |

9 | UNITED STATES OF AMERICA,          Case No. 16-CR-0092 JAM

                Plaintiff,            **ORDER SEALING DOCUMENTS**
10 |

11 |              vs.

WAYNE YORK,
12 |
                Defendant.
13 |

14 |

15 |        Counsel for Wayne York submitted the "DECLARATION OF CHRISTOPHER J. CANNON IN

16 | SUPPORT OF MOTION TO WITHDRAW AS COUNSEL" and a Notice and Request to Seal that

17 | Declaration.  The Court has reviewed the Request to Seal along with the Declaration and finds good

18 | cause to seal the Declaration.  Therefore, the "DECLARATION OF CHRISTOPHER J. CANNON IN

19 | SUPPORT OF MOTION TO WITHDRAW AS COUNSEL" shall be permanently sealed.

20 |        **IT IS SO ORDERED.**

21 |
Dated: *10.22.2018*
22 |

23 |
                                      Hon. John A. Mendez
24 |                                   United States District Court Judge

25 |

26 |

27 |

28 |