MCGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE ARTHUR YORK II,<br><br>Defendant. | CASE NO. 2:16-CR-92-JAM<br><br>ORDER RE: PARTIES' STIPULATION REGARDING RESTITUTION AS TO DEFENDANT YORK |

The Court has considered the parties' stipulation regarding restitution (Docket No. 216). Good cause appearing, it hereby ordered that:

Defendant York will pay $449,980.06 in restitution to the people named in the exhibit to the parties' stipulation.

IT IS SO ORDERED.

Dated: November 17, 2020                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: PARTIES' STIPULATION REGARDING RESTITUTION AS TO DEF. YORK                    1