COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
WAYNE ARTHUR YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WAYNE ARTHUR YORK,<br>Defendant. | No. 2:16-CR-00092-JAM<br><br>ORDER EXONERATING BAIL AND RECONVEYING DEED OF TRUST |

The Defendant, WAYNE ARTHUR YORK, having been sentenced to time served on November 17, 2020, and good cause appearing:

**IT IS ORDERED THAT**:

The Deed of Trust previously posted as security in this matter is hereby exonerated. Said Deed of Trust is attached hereto as Exhibit A. The Clerk of the Court or designee is directed forthwith to exonerate the bail posted herein and prepare and cause to be filed a Deed of Reconveyance as necessary to fully exonerate bail.

DATED: December 1, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE