COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
WAYNE ARTHUR YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>WAYNE ARTHUR YORK,<br><br>    Defendant. | No. 2:16-CR-00092-JAM<br><br>ORDER EXONERATING BAIL<br>AND RECONVEYING DEEDS |

    Lee Davidson owns the following four properties posted as security for Defendant Wayne York's release bond in this case: 1) 3140 West 19th, Denver, Colorado 80204; 2) 1838 Hooker Street, Denver, Colorado 80204; 3) 2812 William Street, Denver, Colorado 80202-4522; and 4) 1297 Aikins Way, Boulder, CO 80305.

    The Defendant, WAYNE ARTHUR YORK, having been sentenced to time served on November 17, 2020, and good cause appearing:

    **IT IS ORDERED THAT**:

    The Clerk of the Court or designee is directed forthwith to exonerate the bail posted herein and prepare and cause to be filed the attached reconveyances for said properties, Exhibits 1-4 hereto, as necessary to fully exonerate bail.

DATED: January 13, 2021        /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE

1